UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-096-E

No. 26-2267

GLENDA JOHNSON; STEVEN LUCIER; ROBERT MURRAY; DIANE KESSLER;
PHILLIP YEATTS; ED ANDRE; ANNETTE MANNING; MARY J. MCPARTLAN
HURSON; JOHN MARSHALL; JOHN GROVER; SHARON ANDERSON; TAMMY
JACKSON; CAROLYN SAMPSON; TED MANN; RICHARD ANDERSON; DEBRA
JOHNSON; COLLEEN VAN VLEET; KIM BRANSCUM; JACK MERICA; MARK A.
HARRELSON; JOSE NAVAMUEL; TERRIE BOLTON; YOLANDA PEREZ;
KATHLEEN GUNN; MARY SELLS; MARK ENDRES; YVONNE ENGLISH-
MONROE; JOHN SKELTON, III; DORIS BRUST; ALAN HORRIDGE;
CHRISTOPHER SIMEONE; REBECCA ALEXANDER; LAWRENCE BOIARDI;
ROEL GARZA; DAVID HOBBS; GEAROLD LEDSOME; CRAIG CHARELSTON;
CARMELLA NORCROSS; EDWARD WORTHAN; DARREN GRIGGS; CAROLYN
JEAN GROVER; WILLIAM TYLER, III; DIANA CABCABIN; HAGENS BERMAN
SOBOL SHAPIRO LLP

v.

SMITHKLINE BEECHAM CORP, DBA GlaxoSmithKline; GLAXOSMITHKLINE
LLC; GLAXOSMITHKLINE HOLDINGS LLC; SANOFI AVENTIS U.S. LLC;
AVANTOR PERFORMANCE MATERIALS; GRUNENTHAL USA; GRUNENTHAL
GMBH; GLAXOSMITHKLINE HOLDINGS AMERICAS INC

Rebecca Alexander, Sharon Anderson, Doris Brust, Craig Charleston, Mark Endres,
Kathleen Gunn, David Hobbs, Alan Horridge, Tammy Jackson, Gearold Ledsome,
Steven Lucier, Ted Mann, Annette Manning, Mary McPartlan Hurson, Robert Murray,
Carmella Norcross, Yolanda Perez, Mary Sells, Christopher Simeone, William Tyler,
Colleen Van Vleet, Edward Worthan, and Philip Yeatts, Hagens Berman Sobol Shapiro
LLP,
Appellants

(E.D. Pa. No. 2:11-cv-05782)

Present: BIBAS and MATEY, *Circuit Judges*

1. Motion filed by Appellant Hagens Berman Sobol Shapiro LLP for stay of
   district court's April 22, 2026 order directing special discovery master to
   publicly docket hearing materials containing attorney opinion work-product.

2. Response filed by Appellees

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing motion is **DENIED**.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: June 17, 2026
Lmr/cc: All Counsel of Record